UNITED STATES DISTRICT COURT
For the EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

JAMES S. HAWKINS-EL. III
         Plaintiff,
         -against-
FIRST AMERICAN FUNDING, LLC
IRA BAILEY; MARIA GREEN; SONIA LaRICCIA
And BRANDON BAILEY

         Defendant,
-----------------------------------------------------X

AFFIDAVIT OF SERVICE

Index No. CV11-2423

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 27 2011 ★
BROOKLYN OFFICE

      I am not a party of the within action, I am over 18 years of age and maintain a business at 178 Lefferts Place, Brooklyn, N.Y.

      On Wednesday 25th day of May 2011 at 11:13a.m. I serve **First American Funding, LLC employee Ira Bailey** AT 318 Main St. Suite 201 Millburn, NJ 07041 by giving copies of **Summons and Complaint** to Receptionist Madelin Santiago. Whom I ask would she be able to accept the documents on behalf of Ira Bailey? She replied yes. Madelin Santiago description: female, white skin, height 5' – 5'4", weight 165 – 180lbs, black curly hair, Spanish accent.

Sworn to me this DAY OF

05/26/2011

*(signature)* Calvin Nelson 1134000

*(signature)* Pinakin M Patel

PINAKIN M. PATEL
NOTARY PUBLIC, State of New York
I.D. Number 01PA6128948
Qualified in Queens County
Commission Exp. June 20, 2013

------------------------------------------------X

|  |  |
|---|---|
| JAMES S. HAWKINS-EL. III<br>Plaintiff,<br>-against-<br>FIRST AMERICAN FUNDING, LLC<br>IRA BAILEY; MARIA GREEN; SONIA LaRICCIA<br>And BRANDON BAILEY<br><br>Defendant, | AFFIDAVIT OF<br>SERVICE<br><br><br>Index No. CV11-2423 |

------------------------------------------------X

I am not a party of the within action, I am over 18 years of age and maintain a business at 178 Lefferts Place, Brooklyn, N.Y.

On Wednesday 25th day of May 2011 at 11:13a.m. I serve **First American Funding, LLC** AT 318 Main St. Suite 201 Millburn, NJ 07041 by giving copies of **Summons and Complaint** to Receptionist Madelin Santiago. Whom I ask would she be able to accept the documents on the company's behalf? She replied yes. Madelin Santiago description: female, white skin, height 5' – 5'4", weight 165 – 180lbs, black curly hair, Spanish accent.

Sworn to me this DAY OF

05/26/2011

Pinakin M Patel

PINAKIN M. PATEL
NOTARY PUBLIC, State of New York
I.D Number 01PA6126048
Qualified in Queens County
Commission Exp. June 20, 2013

Calvin Nelson 1134000

UNITED STATES DISTRICT COURT
For the EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X

| | |
|---|---|
| JAMES S. HAWKINS-EL. III<br>Plaintiff,<br>-against-<br>FIRST AMERICAN FUNDING, LLC<br>IRA BAILEY; MARIA GREEN; SONIA LaRICCIA<br>And BRANDON BAILEY<br><br>Defendant, | AFFIDAVIT OF<br>SERVICE<br><br>Index No. CV11-2423 |

-----------------------------------------------X

I am not a party of the within action, I am over 18 years of age and maintain a business at 178 Lefferts Place, Brooklyn, N.Y.

On Wednesday 25th day of May 2011 at 11:13a.m. I serve **First American Funding, LLC employee Maria Green** AT 318 Main St. Suite 201 Millburn, NJ 07041 by giving copies of **Summons and Complaint** to Receptionist Madelin Santiago. Whom I ask would she be able to accept the documents on behalf of Maria Green? She replied yes. Madelin Santiago description: female, white skin, height 5' – 5'4", weight 165 – 180lbs, black curly hair, Spanish accent.

Sworn to me this DAY OF

05/26/2011

Pinakin M Patel

PINAKIN M. PATEL
NOTARY PUBLIC, State of New York
I.D. Number 01PA6128948
Qualified in Queens County
Commission Exp. June 20, 2013

Calvin Nelson

Calvin Nelson 1134000

UNITED STATES DISTRICT COURT
For the EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

| | |
|---|---|
| JAMES S. HAWKINS-EL. III<br>Plaintiff,<br>-against-<br>FIRST AMERICAN FUNDING, LLC<br>IRA BAILEY; MARIA GREEN; SONIA LaRICCIA<br>And BRANDON BAILEY<br><br>Defendant, | AFFIDAVIT OF<br>SERVICE<br><br>Index No. CV11-2423 |

-------------------------------------------------X

I am not a party of the within action, I am over 18 years of age and maintain a business at 178 Lefferts Place, Brooklyn, N.Y.

On Wednesday 25th day of May 2011 at 11:13a.m. I serve **First American Funding, LLC employee Sonia LaRiccia** AT 318 Main St. Suite 201 Millburn, NJ 07041 by giving copies of **Summons and Complaint** to Receptionist Madelin Santiago. Whom I ask would she be able to accept the documents on behalf of Sonia LaRiccia? She replied yes. Madelin Santiago description: female, white skin, height 5' – 5'4", weight 165 – 180lbs, black curly hair, Spanish accent.

Sworn to me this DAY OF

05/26/2011

Pinakin M. Patel

PINAKIN M. PATEL
NOTARY PUBLIC, State of New York
I.D. Number 01PA6123943
Qualified in Queens County
Commission Exp. June 20, 2013

Calvin Nelson 1134000

UNITED STATES DISTRICT COURT
For the EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

|  |  |
|---|---|
| JAMES S. HAWKINS-EL. III<br>Plaintiff,<br>-against-<br>FIRST AMERICAN FUNDING, LLC<br>IRA BAILEY; MARIA GREEN; SONIA LaRICCIA<br>And BRANDON BAILEY<br><br>Defendant, | AFFIDAVIT OF<br>SERVICE<br><br>Index No. CV11-2423 |

----------------------------------------------------X

I am not a party of the within action, I am over 18 years of age and maintain a business at 178 Lefferts Place, Brooklyn, N.Y.

On Wednesday 25th day of May 2011 at 11:13a.m. I serve **First American Funding, LLC employee Brandon Bailey** AT 318 Main St. Suite 201 Millburn, NJ 07041 by giving copies of **Summons and Complaint** to Receptionist Madelin Santiago. Whom I ask would she be able to accept the documents on behalf of Brandon Bailey? She replied yes. Madelin Santiago description: female, white skin, height 5' – 5'4", weight 165 – 180lbs, black curly hair, Spanish accent.

Sworn to me this DAY OF

_Calvin Nelson_
Calvin Nelson 1134000

05/26/2011

_Pinakin M Patel_

PINAKIN M. PATEL
NOTARY PUBLIC, State of New York
I.D. Number 01PA6128043
Qualified in Queens County
Commission Exp. June 20, 2013

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

ORIGINAL

| | |
|---|---|
| JAMES S. HAWKINS-EL III,<br>    Plaintiff,<br>v.<br>FIRST AMERICAN FUNDING, LLC<br>318 Main St. Suite 201 Millburn, NJ 07041;<br>IRA BAILEY; MARIA GREEN; SONIA LaRICCIA<br>and BRANDON BAILEY,<br>    Defendants. | Civil Action No.<br><br>**CV11 - 2423**<br><br>IRIZARRY, J. |

SUMMONS IN A CIVIL ACTION

POLLAK, M.J

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    **PRO SE:**
    **JAMES S. HAWKINS-EL III**
    **159 Bch 97th St.**
    **Rockaway Beach, NY 11693**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **ROBERT C. HEINEMANN**

Date: **MAY 19 2011**

_____
Signature of Clerk or Deputy Clerk



RECEIVED
MAY 27 2011
PRO SE OFFICE